**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CAROL MOODY**                                                                                      **PLAINTIFF**

**vs.**                                                  **Civil Action No.:** 4:21-cv-00050-MPM-JMV

**REGION VI COMMUNITY HEALTH COMMISSION
D/B/A LIFE HELP**                                                **DEFENDANT**

**ORDER GRANTING MOTION TO SUBSTITUTE REAL PARTY IN INTEREST**

THIS MATTER, having come before this Honorable Court, on Plaintiff's Motion to Substitute Real Party in Interest [64], and this Court, having considered the same, and noting the agreement of the parties, finds the motion to be well taken, and it is hereby GRANTED.

IT IS THEREFORE, ORDERED, and ADJUDGED, that Region VI Community Mental Health Commission d/b/a Life Help is hereby substituted as the sole proper party defendant in this case in place of Life Help Mental Health. Region VI Community Mental Health Commission d/b/a Life Help is hereby substituted in place of Life Help Mental Health in all pleadings, including but not limited to discovery and discovery responses, filed in this case. The Clerk's Office is directed to revise the docket to reflect Region VI Community Health Commission d/b/a Life Help as the sole defendant.

**SO ORDERED,** this the 28th day of April, 2022.

                                                               /s/ Jane M. Virden
                                                   **UNITED STATES MAGISTRATE JUDGE**